11TH COURT OF APPEALS

EASTLAND, TEXAS

J U D G M E N T

In re Ringo Drilling I, L.P. and Ringo          * Original Proceedings
Management Company, L.L.C.

No. 11-13-00201-CV                              * August 22, 2013

                                                * (Panel consists of: Wright, C.J.,
                                                   McCall, J., and Willson, J.)

This court has considered relator's petition for writ of mandamus and concludes that the petition should be denied.  Therefore, the petition for writ of mandamus is denied.